AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Boochever, Robert | U.S. Court Of Appeals 9th Cir. | 03/19/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Circuit Judge | ☐ Nomination, Date <br> ☐ Initial  ☑ Annual  ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2007 <br> to <br> 12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| P.O. Box 91510 <br> Pasadena, CA 91109-1510 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 APR -1 A 9: 36 FINANCIAL DISCLOSURE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 12/31/07 | STATE OF ALASKA - JUDICIAL RETIREMENT | $ 49651.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boochever, Robert | 03/19/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boochever, Robert | 03/19/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   ALASKA BANK | | None | J | T | | | | | |
| 2.   ALLSTATE CORPORATION | A | Dividend | K | T | | | | | |
| 3.   AMERICAN EXPRESS CO. | A | Dividend | L | T | | | | | |
| 4.   AMERICAN INT'L | A | Dividend | K | T | | | | | |
| 5.   AMERIPRISE | A | Dividend | K | T | spinoff | 01/07 | J | | |
| 6.   AMGEN | | None | K | T | add | 06/07 | K | | |
| 7.   BARKLEY 5.4 2008 | C | Interest | L | T | | | | | |
| 8.   BAXTER, INTL | A | Dividend | K | T | | | | | |
| 9.   BECTON DICKESON | A | Dividend | K | T | | | | | |
| 10.   BERKSHIRE HATHAWAY | | None | L | T | | | | | |
| 11.   BRENTWOOD, CA IND INFRA SERIES B | A | Interest | J | T | | | | | |
| 12.   31ST CA INS. FUND | A | Interest | J | T | call | 12/07 | J | A | |
| 13.   CA ED, STANFORD | D | Interest | L | T | | | | | |
| 14.   CAL STANFORD 5.125 1/1/31 | C | Interest | K | T | | | | | |
| 15.   CA HFA 6.10 2/1/09 | B | Interest | K | T | call | 08/07 | K | A | |
| 16.   CAL STANFORD 5.2% 12/1/27 | B | Interest | K | T | call | 12/07 | K | A | |
| 17.   CA. STATE 5% 11/1/22 | C | Interest | L | - T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boochever, Robert | 03/19/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CA. STATE 5% 10/1/32 | C | Interest | K | T | | | | | |
| 19. CAL STATE 5% 11/1/22 | B | Interest | K | T | | | | | |
| 20. CAL STATE 5% 2/1/23 | B | Interest | K | T | partial call | 10/07 | K | A | |
| 21. CA STATE 4.75 9/1/23 | B | Interest | J | T | | | | | |
| 22. CA STATE 6.75 7/1/17 | A | Interest | J | T | | | | | |
| 23. CA STATE 5.00 10/1/23 | C | Interest | L | T | | | | | |
| 24. CA STATE 5.00 2/1/23 | B | Interest | K | T | | | | | |
| 25. CA STATE 5.00 2/1/21 | C | Interest | L | T | | | | | |
| 26. CA STATE 6.00 10/1/21 | A | Interest | K | T | | | | | |
| 27. CA STATE 7.20 5/1/08 | B | Interest | K | T | | | | | |
| 28. CA STATE 4.75 12/1/25 | C | Interest | K | T | | | | | |
| 29. CALTECH 4.25% 10/1/28 | A | Interest | K | T | | | | | |
| 30. CALTECH 4.5 2008 | B | Interest | K | T | | | | | |
| 31. CARLSBAD, CA HOUSING 9/1/19 | B | Interest | K | T | | | | | |
| 32. Citigroup VIII | C | Dividend | K | T | | | | | |
| 33. COCA COLA | A | Interest | K | T | | | | | |
| 34. CONTRA COSTA CITY, HOME MTG. REV | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boochever, Robert | 03/19/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. FREMONT 2.25 PRE | B | Dividend | | | sold | 04/07 | K | B | |
| 36. GE CAP 5.375 2007 | C | Interest | L | T | matured | 03/07 | L | A | |
| 37. GENERAL ELECTRIC | A | Dividend | K | T | | | | | |
| 38. HOME DEPOT | A | Dividend | K | T | | | | | |
| 39. INT'L BUSINESS MACHINES | B | Dividend | M | T | | | | | |
| 40. HONEYWELL | A | Dividend | K | T | | | | | |
| 41. LOS ANGELES, CA 5.90 12/1/26 | A | Interest | K | T | called | 12/07 | K | A | |
| 42. METROPOLITAN WATER 5.00 7/1/27 | B | Interest | K | T | called | 01/07 | K | B | |
| 43. METROPOLITAN WATER 4.75 7/1/22 | C | Interest | L | T | | | | | |
| 44. NEW YORK LIFE INS. POLICIES | A | Dividend | L | T | | | | | |
| 45. NUVEEN, CA INV. QUALITY MUN. FUND | A | Interest | K | T | | | | | |
| 46. ONTARIO, CA REDEV. FIN. AUTHO. | A | Interest | K | T | | | | | |
| 47. ORANGE COUNTY CAL. APT. REV. | A | Interest | J | T | | | | | |
| 48. PASADENA 5.25% 7/1/24 | C | Interest | L | T | | | | | |
| 49. PETROLEUM & RES | A | Dividend | K | T | | | | | |
| 50. PFIZER | A | Dividend | K | T | partial sale | 12/07 | K | A | |
| 51. P. RICO HOUSING FIN. CORP. REV. | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. SACRAMENTO COUNTY CA SAN. 5% 12/1/15 | A | Interest | K | T | called | 12/07 | K | A | |
| 53. SAFECO LIFE INSURANCE | B | Interest | K | T | | | | | |
| 54. SAN FRANCISCO 6.85% 9/2/26 | A | Interest | K | T | buy | 01/07 | K | | |
| 55. SAN FRANCISCO CITY & COUNTY APT. RFD. 6.2% 2020 | C | Interest | K | T | called | 12/07 | K | A | |
| 56. SAN FRANCISCO IMP. BAYSHORE 6.2% 2020 | B | Interest | K | T | called | 12/07 | K | A | |
| 57. Stanford 5% 11/2/21 | C | Interest | L | T | | | | | |
| 58. STATE OF CA 2023 | A | Interest | K | T | called | 12/07 | K | A | |
| 59. University CAL 5% 9/1/28 | C | Interest | L | T | | | | | |
| 60. UST NOTE 3.125 2007 | A | Interest | K | T | matured | 01/07 | K | A | |
| 61. UST NOTES 4.375 2008 | A | Interest | K | T | | | | | |
| 62. UST NOTES 4.625 2008 | C | Interest | L | T | | | | | |
| 63. UTS MUNIE INV. TR. 201 | B | Interest | K | T | | | | | |
| 64. VERIZON | A | Dividend | K | T | | | | | |
| 65. VANGUARD SP. HEALTH | A | Dividend | M | T | | | | | |
| 66. WELLS FARGO | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boochever, Robert | 03/19/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544